UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

FABIAN JOHNSON,
                Plaintiffs,                    **Case No.22-CV-1301**

v.

CITY OF MILWAUKEE, OFFICER RYAN
DeWITT; OFFICER JOSHUA KRANZ; OFFICER
JEFFRY JOPP; OFFICER MATTHEW LINK
            Defendants.

## STIPULATION TO AMEND SCHEDULING ORDER

As a result of Defendants' request to bifurcate and stay *Monell* discovery filed on November 9, 2023 (D.49), and the Court's subsequent denial of that request on November 29, 2023 (D.51), the Defendants indicate that their *Monell* discovery responses will be forthcoming in the near future. As a result, the parties need additional time to complete depositions related thereto and agree that a mutual extension of the amended scheduling order will allow discovery to be completed and dispositive motions timely filed thereafter. As a result, it is hereby stipulated, by and between the parties, through their undersigned counsel, that:

1. Discovery closes on January 15, 2023.

2. Dispositive motion deadline is extended to March 1, 2024.

Dated this 5th day of December 2023.

**GENDE LAW OFFICE, S.C.**

s/James J. Gende II
James J. Gende II
N28W2300 Roundy Drive, Suite 200
Pewaukee, Wisconsin 53072
(262) 970-8500 (tel.)
(262) 970-7100 (fax)
jgende@gendelaw.com
*Attorneys for Plaintiff*

**CITY OF MILWAUKEE**
**CITY ATTORNEY'S OFFICE**

s/Jennifer L. Williams
Jennifer L. Williams
800 City Hall
200 E. Wells Street,
Milwaukee, WI 53202
(414) 286-2645 (tel.)
(414) 286-8550 (fax)
jewill@milwaukee.gov
*Attorneys for Defendants City of Milwaukee,*
*Joshua Kranz, Jeffrey Jopp, and Matthew Link*

**UNITED STATES DEPARTMENT OF JUSTICE**

s/Luke P. Sinclair
Christian R. Larsen
Luke P. Sinclair
517 E. Wisconsin Ave. – Rm 530,
Milwaukee, WI 53202
(414) 297-1581 (tel.)
(414) 297-4394 (fax)
Chris.larsen@usdoj.gov
*Attorneys for Defendant Ryan DeWitt*